**Order entered January 10, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01637-CV

### DR. RICHARD MALOUF, Appellant

### V.

### GRAHAM WOOD AND AOL, INC., Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-06268-C**

## ORDER

Before the Court is appellees' January 3, 2014 unopposed motion to substitute as counsel Jessica Amunson, a Washington, D.C. attorney who states her pro hac vice application "is pending," for Katherine Fallow, a Washington, D.C. attorney who was admitted pro hac vice and allowed to appear on behalf of appellees at trial. Because our records do not reflect Katherine Fallow has been admitted pro hac vice and allowed to appear as counsel for appellees in this Court and Jessica Amunson's pro hac vice application "is pending," we **DENY** appellees' motion. *See* TEX. R. GOVERNING BAR ADMISSION XIX; *see also* TEX. GOV'T CODE ANN. § 82.0361(b) (West 2013) (requiring non-resident attorney to pay fee "before filing with the

applicable court a motion requesting permission to participate in proceedings in *that court*”) (emphasis added).

/s/      ELIZABETH LANG-MIERS  
JUSTICE